# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC., ) ) ) Plaintiff, ) ) ) v. ) ) A&R IRONWORKS, LLC and ) ARNWORKS PROPERTIES LLC, ) ) Defendants. ) | Civil Action File No. 1:19-CV-02949-AT |

## JOINT MOTION FOR ENTRY OF CONSENT DECREE

COME NOW the parties to the above-styled action, by and through their undersigned counsel, and hereby notify the Court that the parties have reached agreement on the settlement of this matter, which agreement is set forth in the proposed Consent Decree attached hereto as Exhibit "1." This action was filed pursuant to the citizen suit provision of the federal Clean Water Act, 33 U.S.C. § 1365. Plaintiff and Defendants have agreed that settlement of this matter is in the public interest and that entry of the Consent Decree is the most appropriate means of resolving this matter.

Pursuant to 33 U.S.C. § 1365(c)(3) and 40 C.F.R. 135.4 and 135.5, copies of the Consent Decree are being served on the U.S. Attorney General, the

Administrator of the U.S. EPA and the Citizen Suit Coordinator of the Environment and Natural Resources Division. Pursuant to 33 U.S.C. § 1365(c)(3), the Consent Decree may not be entered prior to 45 days following receipt of the proposed Consent Decree by the above governmental agencies.

WHEREFORE, the parties jointly request that the Court enter the proposed Consent Decree attached hereto as Exhibit "1" once the Court is notified of the expiration of the 45-day review period referenced above.

This 28th day of May, 2020.

| BURR & FORMAN LLP | SMITH, GAMBRELL & RUSSELL, LLP |
|---|---|
| *//s/ Kwende B. Jones* | */s/ Andrew M. Thompson* |
| Louis G. Fiorilla | Andrew M. Thompson |
| Georgia Bar No. 910188 | Georgia Bar No. 707319 |
| lfiorilla@burr.com | athompson@sgrlaw.com |
| Kwende B. Jones | Vickie C. Rusek |
| Georgia Bar. No. 041155 | Georgia Bar No. 487697 |
| kbjones@burr.com | vrusek@sgrlaw.com |
| Elizabeth B. Davis | |
| Georgia Bar No. 208260 | Suite 3100, Promenade |
| bdavis@burr.com | 1230 Peachtree Street, N.E. |
| | Atlanta, Georgia 30309 |
| 171 17th Street, Suite 1100 | Tel:   (404) 815-3500 |
| Atlanta, Georgia 30363 | Fax:  (404) 685-7001 |
| Tel:   (404) 815-3000 | |
| Fax:  (404) 817-3244 | *Counsel for Plaintiff Chattahoochee Riverkeeper, Inc.* |
| *Counsel for Defendants A&R Ironworks, LLC and Arnworks Properties LLC* | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| CHATTAHOOCHEE RIVERKEEPER, INC., | ) ) ) |
| Plaintiff, | ) ) |
| v. | ) Civil Action File ) No. 1:19-CV-02949-AT ) |
| A&R IRONWORKS, LLC and ARNWORKS PROPERTIES LLC, | ) ) ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I have electronically filed with the Clerk of the Court the **Joint Motion for Entry of Consent Decree** using the CM/ECF system which will automatically send e-mail notification of such filing to all attorneys of record.

This 28th day of May, 2020.

*/s/ Andrew M. Thompson*
Counsel for Plaintiff